### The State *v.* Cornnall.

Tax on Dogs.—The act of *March* 2, 1865, "to discourage the keeping of useless and sheep-killing dogs," is constitutional.

APPEAL from the *Vigo* Common Pleas.

Ray, C. J.—This was a prosecution against the appellee, who was auditor of *Vigo* county, for refusing to charge upon the tax duplicate against the owner of a dog, the penalty provided by law for keeping the animal. The sixth section of the act of *March* 2, 1865, "to discourage the

keeping of useless and sheep-killing dogs, and providing penalties for the violation of any of the provisions of said act by officers and others," &c., authorizes the proceeding contemplated in this case. A motion to quash the information was sustained. This was error. We have held the act cited to be constitutional. *Mitchell* v. *Williams, ante* p. 62.

The judgment is reversed, with costs, and the cause remanded, with directions to overrule the motion to quash.

*D. E. Williamson,* Attorney General, for the State.

*J. P. Baird* and *C. Cruft,* for appellee.

